UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 19-2471

———————

MARTIN ORR,
Appellant

v.

COMMISSIONER SOCIAL SECURITY

———————————————————————

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(No. 1-17-cv-01665)
District Judge: Honorable John E. Jones, III

———————

ORDER

———————

On February 28, 2020, a non-precedential opinion in the above-referenced case

was entered. The Clerk is hereby directed to remove the February 28, 2020 opinion and

file the amended opinion sent to the Clerk's office on this day. As the change to the

opinion is not substantive, the amendment does not affect the deadline for filing a petition

for rehearing.

s/ *Peter J. Phipps*
Circuit Judge

Date: March 2, 2020

MB/cc:     George E. Mehalchick, Esq.
            M. Jared Littman, Esq.
            Patrick J. Roach, Esq.